UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| ROBERT KEEGAN LEA, individually and on behalf of all others similarly situated, | § § § § | |
| Plaintiff, | § § | Civil Action No. 3:13-CV-00447 |
| vs. | § § | |
| BAKER HUGHES, INC., | § § | |
| Defendant. | § § | |

# JOINT NOTICE OF SETTLEMENT

Pursuant to Local Rule 16.3, Plaintiff and Defendant notify the Court that the parties have reached an agreement to resolve this matter. Among other things, the agreement calls for the parties to prepare and submit a joint motion for preliminary approval of the settlement agreement terms, which will include, among other things, the proposed certification of settlement classes under the FLSA and Fed. R. Civ. P. 23, the issuance of notice to class members, a final approval hearing, and the issuance of a final judgment that dismisses this matter. The parties anticipate submitting the joint motion for preliminary approval in the next 30 days. The parties further anticipate requesting a short telephone conference with the Court in the near future to address certain issues relating to the settlement approval motions.

The purpose of the settlement is to resolve disputed claims. Neither party admits to any liability and all liability is expressly denied.

Respectfully submitted,

BRUCKNER BURCH PLLC

/s/ Rex Burch
By: _____
    Richard J. (Rex) Burch
    Texas Bar No. 24001807
    S.D. Tex. No. 21615
8 Greenway Plaza, Suite 1500
Houston, Texas 77046
713-877-8788 – Telephone
713-877-8065 – Facsimile
rburch@brucknerburch.com

Counsel for Plaintiff


/s/ Michael J. Muskat
MICHAEL J. MUSKAT
Attorney-in-Charge
State Bar No. 24002668
S.D. Tex. Bar No. 22816
MUSKAT, MARTINEZ & MAHONY, LLP
1201 Louisiana Street, Suite 850
Houston, Texas 77002
Telephone: 713-987-7850
Telecopier: 713-987-7854

Counsel for Defendant

OF COUNSEL:

GABRIELLE S. MOSES
State Bar No. 24063878
S.D. Tex. Bar No. 1068217
MUSKAT, MARTINEZ & MAHONY, LLP
1201 Louisiana Street, Suite 850
Houston, Texas 77002
Telephone:  713-987-7850
Telecopier:  713-987-7854

## CERTIFICATE OF SERVICE

      This is to certify that on June 25, 2014, a true and correct copy of the foregoing document has been served on Plaintiff's counsel of record via the Electronic Case Filing system.

      /s/ Michael J. Muskat
      ATTORNEY FOR DEFENDANT