UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| ROBERT LEA, individually and on behalf of all others similarly situated, | § § § § | |
| Plaintiff, | § | Civil Action No. 3:13-CV-00447 |
| vs. | § § § | |
| BAKER HUGHES, INC., | § § | |
| Defendant. | § | |

**[PROPOSED] ORDER GRANTING JOINT MOTION TO FILE SETTLEMENT AGREEMENT UNDER SEAL**

Before the Court is the parties' Joint Motion to File Settlement Agreement Under Seal. Having reviewed and considered the Motion, it appears to the Court that good cause exists to grant the Motion. It is therefore,

ORDERED that the Joint Motion to File Settlement Agreement Under Seal is hereby GRANTED and the Settlement Agreement shall remain filed under seal.

Signed on _March 4_, 2015.

_____
The Honorable John R. Froeschner
United States Magistrate Judge